CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490, San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300, San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JOSEPH MISKABI (SBN: 279735)
joseph@miskabilaw.com
LAW OFFICES OF JOSEPH MISKABI, APC
9171 Wilshire Blvd. Suite 400, Beverly Hills, CA 90210
Telephone: (424) 245-5740, Facsimile: (866) 202-9176
Attorney for Defendant
Mana Investment Company, LLC

ANTHONY J. DECRISTOFORO (SBN: 166171)
anthony.decristoforo@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza, 1215 K Street 17th Floor, Sacramento, CA 95814
Telephone: (916) 840-3140, Facsimile: (213) 840-3159
AMBER L. ROLLER ( SBN: 273354)
amber.roller@oglertreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: (213) 239-9800, Facsimile: (213) 239-9045
Attorneys for Defendant
California Check Cashing Stores, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　Plaintiff,<br><br>v.<br><br>MANA INVESTMENT COMPANY, LLC, a California Limited Liability Company; CALIFORNIA CHECK CASHING STORES, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 2:17-CV-00296-SVW-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 7, 2017        CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: June 7, 2017        LAW OFFICES OF JOSEPHMISKABI, APC

By: __/s/ Joseph Miskabi_____
    Joseph Miskabi
    Attorneys for Defendants
    Mana Investment Company, LLC

Dated: June 7, 2017        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: __/s/ Anthony DeCristoforo_____
    Amber L. Roller
    Anthony DeCristoforo
    Attorneys for Defendants
    California Check Cashing
    Stores, LLC

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joseph Miskabi and Anthony DeCristoforo, counsel's for Mana Investment Company, LLC and California Check Cashing Stores, LLC, respectively, and that I have obtained Mr. Miskabi' s and Mr. DeCristoforo' s authorization to affix their electronic signature to this document.

Dated: June 7, 2017        CENTER FOR DISABILITY ACCESS

                           By:  /s/ Phyl Grace
                                Phyl Grace
                                Attorneys for Plaintiff